UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

DOROTHY M. BAKER,                      JUDGMENT IN A CIVIL CASE

     Plaintiff,

vs.


APPLE INVESTORS GROUP, LLC,           CASE NO: 19-1035-STA-jay

     Defendants.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered on July 1, 2019, this cause is hereby **DISMISSED** with prejudice.




              APPROVED:


**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 7/1/2019                   **THOMAS M. GOULD**
                                 **Clerk of Court**


       **s/Maurice B. BRYSON**

     **(By) Deputy Clerk**